# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Ramon Prado<br>xx/xx/1989<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

18-MJ-1304

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____10/02/2018_____ in the county of _____Milwaukee_____ in the

_____Eastern_____ District of _____Wisconsin_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Tile 18, U.S.C. Section 111 | Assault of an employee of the United States |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert J. O'Connor, Deputy USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____10/02/2018_____

_____
*Judge's signature*

City and state: _____Milwaukee, Wisconsin_____

Honorable William E. Duffin
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert J. O'Connor, being duly sworn, depose and state as follows:

1.      I am a senior inspector employed by the United States Marshal Service (USMS), United States Department of Justice, and I am assigned to the Eastern District of Wisconsin. I have been employed by the United States Marshal Service for 19 years and 10 months. I am the judicial security inspector and I am responsible for the safety and security of United States Courthouses in the Eastern District of Wisconsin, and courthouse personnel within the Eastern District of Wisconsin. I have received training for my position within the USMS. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7).

2.      Because this affidavit is submitted for the limited purpose of establishing probable cause, I have not set forth each and every fact known to me regarding this offense.

3.      On October 2, 2018, while on duty I received information that the defendant, Ramon Prado, entered the Milwaukee Federal Building Courthouse, located at 517 E. Wisconsin Avenue, Milwaukee WI, Milwaukee County, Eastern District of Wisconsin. I learned through other United States Marshal Service employees that the defendant was in the Marshal Service lobby on the 7th floor asking to speak with someone from the United States Marshal Service.

4.      A deputy marshal arrived, identified himself, and spoke to the defendant. It was unclear what the defendant requested. Shortly thereafter, your affiant arrived, identified himself, and also engaged the defendant in conversation. At one point towards the end of the conversation, the defendant made mention of punching people. The defendant asked, "Which one of you gets to be punched first." Your affiant indicated that the meeting was over, and that no one was going to be assaulted. The defendant was further informed by your affiant that he was not permitted to assault anyone in the federal courthouse, and if he did so he would be arrested.

5.      The defendant said he was looking to be arrested, and your affiant terminated the meeting. When both the defendant and your affiant stood up, the defendant punched your affiant in the jaw. This entire incident was video recorded.